IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00656-LTB-RTG

MICHAEL LEFEBVRE,

    Plaintiff,

v.

WELD COUNTY, COLORADO,
STEVE REAMS, Sheriff,
TRINITY SERVICE GROUP,
M. TURNER, Capt.,
M. ELBE, Capt.,
M. KNEE, Lt.,
POLLARD, Lt.,
BRANDON WILLIAMS, Intake Services,
O. BRAUN, Kitchen Supervisor,
M. BALDERES, Kitchen Supervisor,
TRENT, Kitchen Supervisor,
JAMES, Kitchen Supervisor,
JOHN DOE, T.S.G. Breakfast,
JOHN DOE, T.S.G. Regional Supervisor,
JOHN DOE, T.S.G. Kitchen, Lunch,
JOHN DOE, T.S.G. Kitchen, Dinner,
RICHARDS, Deputy,
CLARK, Deputy,
JOHN DOE, Kitchen Deputy,
JOHN DOE, Unit 4 Pod Deputy, Breakfast,
JOHN DOE, Unit 4 Pod Deputy, Lunch,
JOHN DOE, Unit 4 Pod Deputy, Dinner,
DUANE DURAN, Chaplain,
BILLINGTON, Sgt.,
KEEFE SUPPLY CO.,
JOHN DOE, Keefe Rep.,
OVERHALT, Sgt.,
J. MEADOWS, Sgt.,
HALLORAN, Lt.,
GARTRELL, Deputy,
SUMMERS, Sgt.,
JOHN DOE, Sgt., and
L. BOEHM, Mailroom Supervisor,

1

Defendants.

ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on November 4, 2024 (ECF No. 27). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on November 4, 2024. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 27) is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that the First Amendment free exercise/RLUIPA claim for failing to provide Plaintiff a diet conforming to his sincerely held religious beliefs, as asserted against all Defendants other than Defendants T.S.G., Braun, Balderes, T.S.G. Supervisors Trent and James, John Doe T.S.G. Regional Supervisor, John Doe T.S.G. Kitchen Breakfast, John Doe T.S.G. Kitchen Lunch, John Doe T.S.G. Kitchen Dinner, and Weld County, is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that the First Amendment free exercise/RLUIPA claim for purposefully misrepresenting items sold on the jail kiosk as kosher, as asserted against all Defendants other than Defendants K.F.C., the John Doe K.F.C. Representative, and

Weld County, be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that the First Amendment claim for interference with Plaintiff's legal/privileged mail asserted against Defendants other than Defendants Weld County, mailroom supervisor Boehm, and John Doe Sgt., is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that the Fourteenth Amendment equal protection claim, as asserted against all Defendants other than Defendant Clark, is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that Defendants Sheriff Reams, M. Turner, M. Elbe, M. Knee, Lt. Pollard, Brandon Williams, John Doe Kitchen Deputy, John Does Unit 4 Pod Deputies Breakfast, Lunch and Dinner, Chaplain Duran, Sgt. Billington, Sgt. Overhalt, Sgt. Meadows, Lt. Halloran, Deputy Gartrell, and Sgt. Summers are DISMISSED as parties to this action. It is

FURTHER ORDERED that the following claims are DRAWN to a presiding judge and if applicable to a Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(a): (1) First Amendment free exercise/RLUIPA claims for failing to provide Plaintiff a diet conforming to his sincerely held religious beliefs asserted against Defendants T.S.G., Braun, Balderes, Supervisors Trent and James, John Doe T.S.G. Regional Supervisor, John Doe T.S.G. Kitchen Breakfast, John Doe T.S.G. Kitchen Lunch, and John Doe T.S.G.

Kitchen Dinner; (2) First Amendment free exercise/RLUIPA claims against K.F.C., John Doe K.F.C. Representative, and Weld County for misrepresenting items sold on the jail kiosk as kosher; (3) First Amendment Free Exercise claim against Defendant Clark for forcing forced Plaintiff to eat by himself because of his religion and against Defendant Richards for purposefully allowing Plaintiff's kosher food tray to come into contact with non-kosher items on one occasion in order to "taint" the tray; (4) First Amendment claim for interfering with Plaintiff's legal/privileged mail asserted against Defendants Weld County, mailroom supervisor Boehm, and John Doe Sgt.; and (5) Fourteenth Amendment equal protection claim asserted against Defendant Clark.

DATED December 3, 2024, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court