| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|
| PLAINTIFF<br>MICHAEL LEFEBVRE | FILED<br>U.S. DISTRICT COURT<br>2024 DEC 18 PM 12:07<br>JEFFREY P. COLWELL<br>CLERK<br>BY___ DEP. CLK | COURT CASE NUMBER<br>24-cv-00656-SBP | |
| DEFENDANT<br>WELD COUNTY, COLORADO et al | | TYPE OF PROCESS<br>S/C | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  JOHN DOE, T.S.G., Kitchen, Dinner
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  2110 "O" Street Greeley, CO 80631

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Michael Lefebvre #4584<br>Adams Community Corrections Program - Phoenix Center<br>8031 Highway I-76 Frontage Road<br>Henderson, CO 80640 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 16<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of:<br>s/C. Madrid, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>12/10/2024 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>16 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk<br>_mcrill_ | Date<br>12/11/2024 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/13/24 | Time<br>1237 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Unable to serve. There is no actual name of a person that needs to be served.

1:2024-CV-00656

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Capture ✓

Form USM-285
Rev. 11/18