# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
2024 DEC 18 PM 12:07
JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **PLAINTIFF**<br>MICHAEL LEFEBVRE | **COURT CASE NUMBER**<br>24-cv-00656-SBP |
| **DEFENDANT**<br>WELD COUNTY, COLORADO et al | **TYPE OF PROCESS**<br>S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CLARK, Deputy BY_____DEP. CLK

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2110 "O" Street Greeley, CO 80631

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Michael Lefebvre #4584
Adams Community Corrections Program - Phoenix Center
8031 Highway I-76 Frontage Road
Henderson, CO 80640

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 16
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**PERSONAL SERVICE**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/C. Madrid, Deputy Clerk
TELEPHONE NUMBER: 303-844-3433
DATE: 12/10/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 16
District of Origin No.: B13
District to Serve No.: B13
Signature of Authorized USMS Deputy or Clerk: [signature] McCreel
Date: 12/11/2024

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 12/13/24
Time: 12:37 ☐ am ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

No longer works here.

1:2024-CV-00656

Captured

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE