# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See *"Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 DEC 18 PM 12:07

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| **PLAINTIFF** MICHAEL LEFEBVRE | **COURT CASE NUMBER** 24-cv-00656-SBP |
| **DEFENDANT** WELD COUNTY, COLORADO et al | **TYPE OF PROCESS** S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TRENT, Kitchen Supervisor

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2110 "O" Street Greeley, CO 80631

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Michael Lefebvre #4584
Adams Community Corrections Program - Phoenix Center
8031 Highway I-76 Frontage Road
Henderson, CO 80640

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 16 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of: s/C. Madrid, Deputy Clerk | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 12/10/2024 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 16 | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk *Tina McNiel* | Date 12/11/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 12/13/24 | Time 1237 | ☐ am ☒ pm |
|---|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS**
Rosy Soto records director, accepted the process

1:2024-cv-00656

Capture ✓