**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00656-LTB-RTG

MICHAEL LEFEBVRE,

    Plaintiff,

v.

WELD COUNTY, COLORADO,
STEVE REAMS, Sheriff,
TRINITY SERVICE GROUP,
M. TURNER, Capt.,
M. ELBE, Capt.,
M. KNEE, Lt.,
POLLARD, Lt.,
BRANDON WILLIAMS, Intake Services,
O. BRAUN, Kitchen Supervisor,
M. BALDERES, Kitchen Supervisor,
TRENT, Kitchen Supervisor,
JAMES, Kitchen Supervisor,
JOHN DOE, T.S.G. Breakfast,
JOHN DOE, T.S.G. Regional Supervisor,
JOHN DOE, T.S.G. Kitchen, Lunch,
JOHN DOE, T.S.G. Kitchen, Dinner,
RICHARDS, Deputy,
CLARK, Deputy,
JOHN DOE, Kitchen Deputy,
JOHN DOE, Unit 4 Pod Deputy, Breakfast,
JOHN DOE, Unit 4 Pod Deputy, Lunch,
JOHN DOE, Unit 4 Pod Deputy, Dinner,
DUANE DURAN, Chaplain,
BILLINGTON, Sgt.,
KEEFE SUPPLY CO.,
JOHN DOE, Keefe Rep.,
OVERHALT, Sgt.,
J. MEADOWS, Sgt.,
HALLORAN, Lt.,

1

GARTRELL, Deputy,
SUMMERS, Sgt.,
JOHN DOE, Sgt., and
L. BOEHM, Mailroom Supervisor,
    Defendants.

## ENTRY OF APPEARANCE

Eric M. Ziporin of the law firm, SGR, LLC hereby enters his appearance on behalf of Defendants, Weld County Colorado, and L. Boehm ("Lynette Boehm").

Respectfully submitted,

**SGR, LLC**

*/s/* Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 2nd day of January 2025, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

*Via U.S. Mail*
Michael D. Lefebvre, #4584
Adams Community Corrections Program – Phoenix Center
8031 Highway I-76 Frontage Road
Henderson, CO 80640
*Pro se plaintiff*

                                                 /s/ Mariel Juniper
                                                 Legal Secretary