# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-00656-SBP

MICHAEL LEFEBVRE,

     Plaintiff,

v.

WELD COUNTY, COLORADO,
TRINITY SERVICE GROUP,
O. BRAUN, KITCHEN SUPERVISOR,
M. BALDERES, KITCHEN SUPERVISOR,
TRENT, KITCHEN SUPERVISOR,
JAMES, KITCHEN SUPERVISOR,
JOHN DOE, T.S.G. BREAKFAST,
JOHN DOE, T.S.G. REGIONAL SUPERVISOR,
JOHN DOE, T.S.G. KITCHEN, LUNCH,
JOHN DOE, T.S.G. KITCHEN, DINNER,
RICHARDS, DEPUTY,
CLARK, DEPUTY,
DUANE DURAN, CHAPLAIN,
KEEFE SUPPLY CO.,
JOHN DOE, KEEFE REP.,
L. BOEHM, MAILROOM SUPERVISOR

     Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE OF ZANE A. GILMER

---

Zane A. Gilmer, of the law firm Stinson LLP, as a member in good standing of the bar of this court, hereby enters his appearance on behalf of Defendants Trinity Services Group, Keefe Supply Company, Olivia Braun, Trent Madche, Megan Braun-Balderas, and James Feather in the above-captioned action.

CORE/9990000.8492/195102581.1

2

Respectfully submitted this 3rd day of January, 2025.

*s/ Zane A. Gilmer*

Zane A. Gilmer
Simone T. Stover
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8416
Email: zane.gilmer@stinson.com
Email: simone.stover@stinson.com

*Attorney for Defendants Trinity Services Group, Keefe Supply Company, Olivia Braun, Trent Madche, Megan Braun-Balderas, and James Feather*

2

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Zane A. Gilmer*
Zane A. Gilmer

CORE/9990000.8492/195102581.1