# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 JAN -3 AM 10: 41

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL LEFEBVRE | 24-cv-00656-SBP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WELD COUNTY, COLORADO et al | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TRINITY SERVICE GROUP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2110 "O" Street Greeley, CO 80631

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael Lefebvre #4584
Adams Community Corrections Program - Phoenix Center
8031 Highway I-76 Frontage Road
Henderson, CO 80640

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 16 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

## PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/C. Madrid, Deputy Clerk | | 303-844-3433 | 12/10/2024 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 16 | No. B13 | No. B13 | Tina mcmill | 12/11/2024 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☒ am ☐ pm |
|---|---|---|---|
| Jesse Zagaste | 12-26-2024 | 10:07 | |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| | *[signature]* | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $16.08 | | $146.08 | | |

REMARKS

1:2024-cv-00656

Capture V

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

UNITED STATES MARSHALS SERVICE
DISTRICT OF ARIZONA
SERVICE OF PROCESS SERVICE COST WORKSHEET

CASE #: 24-cv-00656-SBP   ☑ CIVIL   ☐ Criminal   ☐ Govt.   ☐ Private

PROCESS TYPE: _____   SERVICE: ☑ Personal

DATE SERVED: 12/26/2024   TIME of SERVICE: 10:07 am   ☐ Returned Unexecuted

DEPUTY FEES   Primary Deputy Name: Dobson

Hours(s): 1 X $65.00 = 65

**Hours must be whole number**

Additional Deputies Names: Conway

Deputies 2 X Hour(s) 1 X $65.00 = 130

ENDEAVORS (Record Multiple Endeavors-Add to hours above and mileage below

Date/Time: 12/26/24 10:07 am   # of Hours: 1   R/T Miles: 24   Action Taken: Served

Date/Time: _____   # of Hours: _____   R/T Miles: _____   Action Taken: _____

Date/Time: _____   # of Hours: _____   R/T Miles: _____   Action Taken: _____

Total Round Trip Miles: 24   Total Deputy Fees: 130

EXPENSES:

24   Miles (min. 1 mile) X $0.67 per mile = $16.08

_____   Forwarding/Mail X $8.00 = _____

_____   Faxes X $3.00 = _____

_____   Copies X $0.10 = _____

Preparation of Deed, Bill of Sale, Etc. X $20.00 = _____

Other: _____ = _____

Total Expenses: Deputies Fee + Mileage + Expenses = $146.08