U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2025 JAN 13 AM 11:36
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL LEFEBVRE | 24-cv-00656-SBP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WELD COUNTY, COLORADO et al | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEEFE SUPPLY CO.,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~2110 "O" Street Greeley, CO 80631~~ 13870 Corporate Woods Trails Bridgeton, Mo 63044

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Michael Lefebvre #4584
Adams Community Corrections Program - Phoenix Center
8031 Highway I-76 Frontage Road
Henderson, CO 80640

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 16
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PERSONAL SERVICE**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/C. Madrid, Deputy Clerk
TELEPHONE NUMBER: 303-844-3433
DATE: 12/10/2024

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 16
District of Origin No. B13
District to Serve No. B13  44
Signature of Authorized USMS Deputy or Clerk: T__ McRiel
Date: 12/11/2024

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Mauro GARCIA   WAREHouse manager

Date: 01/07/25   Time: 3:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $30.80 | | $95.80 | | |

REMARKS:
1 Pusm = 65   44 miles × .70 = $30.80

1:2024-cv-00656

Capture ✓

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:2024-CV-00656

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Keefe Supply Co
was received by me on *(date)* 12/11/24 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mauro Garcia, Warehouse Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Keefe group
on *(date)* 01/07/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 30.80 for travel and $ 65 for services, for a total of $ 95.80 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 01/08/25

_____
*Server's signature*

Mikhal Polan, DUSM
*Printed name and title*

111 S 10th Street, St Louis, MO, 63102
*Server's address*

Additional information regarding attempted service, etc: