OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
SPECIAL MAIL
21 JAN 2025 PM 6 L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
$000.69
01/21/2025 ZIP 80294
043M31245131

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2025

JEFFREY P. COLWELL
CLERK

#59,60

24-cv-00656-SBP

RTS

Michael Lefebvre
#4584
Adams Com...
Center
8031 Highw...
Henderson,

NIXIE   808   FE  1   0001/27/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294259999   *1420-07317-21-46

80294>2588