IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No:   1:24-cv-00656-SBP | Date: February 25, 2025 |
| Courtroom Deputy:    Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL LEFEBVRE, | Pro se |
| Plaintiff, | |
| v. | |
| WELD COUNTY, COLORADO, STEVE REAMS, Sheriff, TRINITY SERVICE GROUP, M. TURNER, Capt., M. ELBE, Capt., M. KNEE, Lt., POLLARD, Lt., BRANDON WILLIAMS, Intake Services, O. BRAUN, Kitchen Supervisor, M. BALDERES, Kitchen Supervisor, TRENT, Kitchen Supervisor, JAMES, Kitchen Supervisor, JOHN DOE, T.S.G. Breakfast, JOHN DOE, T.S.G. Regional Supervisor, JOHN DOE, T.S.G. Kitchen, Lunch, JOHN DOE, T.S.G. Kitchen, Dinner, RICHARDS, Deputy, CLARK, Deputy, JOHN DOE, Kitchen Deputy, JOHN DOE, Unit 4 Pod Deputy, Breakfast, JOHN DOE, Unit 4 Pod Deputy, Lunch, JOHN DOE, Unit 4 Pod Deputy, Dinner, DUANE DURAN, Chaplain, BILLINGTON, Sgt., KEEFE SUPPLY CO., JOHN DOE, Keefe Rep., OVERHALT, Sgt., J. MEADOWS, Sgt., HALLORAN, Lt., GARTRELL, Deputy,  SUMMERS, Sgt., JOHN DOE, Sgt., and L. BOEHM, Mailroom Supervisor, | Zane Gilmer Eric Ziporin |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:37 a.m.**     **Court in session.**

The Court calls the case. Appearances of counsel, and pro se Plaintiff.

This matter is before the Court regarding the status of the case.

Discussion is held regarding Plaintiff's mailing address and returned mail associated with the case.

Discussion is held regarding the status of serving the remaining defendants.

For the reasons stated on the record, it is

**ORDERED:**     The Clerk's office is directed to add "Case Manager For" Plaintiff as an interested party to receive mail at Adams Community Corrections Program.

On or before **March 11, 2025**, Mr. Ziporin SHALL provide current addresses for former county employees that remain unserved or notify the Court that new information is not available. Any location information provided may be filed under restriction.

The Parties shall confer and file the Magistrate Judge consent form no later than 14 days after service has been completed on all parties.

A telephonic Status Conference is set for April 10, 2025, at 9:30 a.m. before Magistrate Judge Susan Prose. The parties shall attend by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

**10:07 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time: 30 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.